## CERTIFICATE OF SERVICE

Case Number:    08 B 12302
Case Name:      Charlene Crass

    I, Lynda Austin, Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 16th day of May, 2008, I caused to be served via the Court's electronic notification or via First Class mail (**) a true and correct copy of:

Order Denying Debtor's Application For Waiver Of The Chapter 7 Filing Fee Dated: May 16, 2008

to each of the following named individuals:

**Charlene Cross (**)**
631 N Kedzie Ave
Chicago, IL 60612

**Louis W Levit, ESQ**
555 Skokie Boulevard # 500
Northbrook, IL 60062

*U.S. Trustee*
**William T Neary**
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Suite 873
Chicago, IL 60604

                                        _/s/ Lynda Austin_
                                        Lynda Austin
                                        Courtroom Deputy

CERTIFICATE OF SERVICE

Case Number:   08 B 12302
Case Name:     Charlene Crass

    I, Lynda Austin, Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 16th day of May, 2008, I caused to be served via the Court's electronic notification or via First Class mail (\*\*) a true and correct copy of:

Order Denying Debtor's Application For Waiver Of The Chapter 7 Filing Fee Dated: May 16, 2008

to each of the following named individuals:

**Charlene Cross (\*\*)**
631 N Kedzie Ave
Chicago, IL 60612

**Louis W Levit, ESQ**
555 Skokie Boulevard # 500
Northbrook, IL 60062

*U.S. Trustee*
**William T Neary**
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Suite 873
Chicago, IL 60604

                              */s/ Lynda Austin*
                              Lynda Austin
                              Courtroom Deputy